The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TEN BRIDGES LLC, an Oregon limited
liability company,

                              Plaintiff,

        v.

SUSAN D. HOFSTAD; JUSTIN
THOMAS; THE ESTATE OF
BENJAMIN H. THOMAS; and JOHN
DOES 1-10,

                              Defendants.

Civil Action No. 2:19-cv-01134-RAJ

**ORDER DENYING MOTION TO
DISMISS**

    This matter is before the Court on Plaintiff's response to this Court's Order to

Show Cause.  Dkt. # 15.  On April 22, 2020, the Court issued an order denying in part

and deferring in part Defendants' motion to dismiss.  Dkt. # 15.  The Court also ordered

Plaintiff to show cause why the Court should not dismiss this action for failure to meet

the amount-in-controversy requirement under 28 U.S.C. § 1332.  *Id.*  On May 6, 2020,

Plaintiff filed a response.  Dkt. # 16.  Having reviewed Plaintiff's response and the

remainder of the record, the Court concludes that the amount-in-controversy requirement

ORDER - 1

1    is satisfied in this case.  Accordingly, the Court **DENIES** the remainder of Defendants'

2    motion to dismiss.  Dkt. # 8.

3

4        DATED this 11th day of May, 2020.

5

6

7    _____

    The Honorable Richard A. Jones

8    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2