The Hon. Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TEN BRIDGES LLC,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SUSAN D. HOFSTAD, *et al.*,<br><br>　　　　　　　Defendants. | NO. 2:19-cv-01134-TL<br><br>ORDER GRANTING DEFENDANT THOMAS LEAVE TO FILE FIRST AMENDED COUNTERCLAIM |

THIS MATTER came on for consideration on the date last shown below before the Honorable Tana Lin, United States District Judge, upon Plaintiff Ten Bridges LLC's and Defendant Justin Thomas's amended stipulated motion for an order granting leave to Defendant Thomas to file his First Amended Counterclaim. The Court has considered the amended stipulated motion and the court file, and is fully advised in the premises. Now therefore, it is hereby

ORDERED that Defendant Justin Thomas is granted leave to file his First Amended Counterclaim in the form attached as Exhibit 1 to the amended stipulated motion, and it is further

ORDER GRANTING DEFENDANT
THOMAS LEAVE TO FILE FIRST
AMENDED COUNTERCLAIM – 1 ~~(PROPOSED)~~
(NO. 2:19-cv-01134-TL)

ORDERED that entry of this Order is without prejudice to Ten Bridges LLC's denial of the allegations in the First Amended Counterclaim and defense of the allegations.

DONE this 1st day of February 2024.

Tana Lin
United States District Judge