# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| TEN BRIDGES LLC,<br><br>              Plaintiff,<br>   v.<br><br>SUSAN D. HOFSTAD et al.,<br><br>              Defendants. | CASE NO. 2:19-cv-01134-TL<br><br>ORDER OF DISMISSAL |

Based on the stipulation of the parties, the Parties' Stipulated Motion for Order Dismissing Claims and Counterclaims (Dkt. No. 88) is GRANTED. It is hereby ORDERED:

1. Plaintiff Ten Bridges LLC's claims against Defendants Susan D. Hofstad, the Estate of Benjamin H. Thomas, and Justin Thomas are DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorney fees.

2. Defendant Justin Thomas's counterclaims against Plaintiff Ten Bridges LLC are DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorney fees.

3. All pending deadlines, as well as the trial date, are STRICKEN.

Dated this 3rd day of December 2024.

Tana Lin
United States District Judge

ORDER OF DISMISSAL - 1